In the Matter of the Claim of WALTER O. RIEGLE, Respondent, against W. F. FORDON, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued June 10, 1948; decided July 16, 1948.

*Morgan F. Bisselle* and *Warren C. Tucker* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, THACHER, DYE and FULD, JJ. Dissenting: LEWIS, J. Taking no part: CONWAY, J.